Lloyd J. Jordan, St. Louis, for defendant, appellant.

Charles L. Ford, Les A. Steinberg, Steinberg & Crotzer, St. Louis, for plaintiff, respondent.

Steven K. Coffin, Wallace, Saunders, Austin, Brown and Enochs, Kansas City, for respondents.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

## ORDER

PER CURIAM.

Defendant appeals from a denial of his motion to set aside a default judgment entered against him in a breach of contract and conversion case. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

## ORDER

PER CURIAM:

Appeal from the denial of injunctive relief against the use of a trade name.

Judgment affirmed. Rule 84.16(b).

**Leo AUFFERT, Appellant,**

v.

**Mary Ellen AUFFERT, Respondent.**

**No. WD 45377.**

Missouri Court of Appeals,
Western District.

April 28, 1992.

**Charles L. ANDERSON, Michael C. Anderson, and Chuck Anderson Ford–Mazda, Inc., A Missouri Corporation, Appellants,**

v.

**R.R. ANDERSON ENTERPRISES, INC., A Missouri Corporation, d/b/a, Anderson Ford and R.R. Anderson, Respondents.**

**No. WD 45066.**

Missouri Court of Appeals,
Western District.

April 28, 1992.

Rehearing Denied June 2, 1992.

Alan L. Markowitz, Kansas City, for appellants.

